IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

FILED
2016 MAR -3 AM 11: 52
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

In Re: Leon Shvartsburg
Yelena Shvartsburg

Debtor

Chapter 13
Case No. 11-~~1176~~ 11170

## DEBTOR'S AFFIDAVIT REQUESTING DISCHARGE

***IN JOINT FILINGS, A SEPARATE AFFIDAVIT MUST BE COMPLETED BY EACH DEBTOR IN ORDER TO BE ELIGIBLE FOR A DISCHARGE***

The Chapter 13 Trustee has filed a notice of completion in my case and I am hereby requesting that the Court issue a discharge. I testify under penalty of perjury to the following: (Complete all sections and provide all required information.)

1  The following creditors hold a claim that is not discharged under 11 U.S.C. §523 (a)(2) or (a)(4) or a claim that was reaffirmed under 11 U.S.C. §524(c): (provide name, address, and telephone number of each such creditor)

   _____N/A_____

   _____

   _____

2.  __NO__ I have not received a discharge in a Chapter 7, 11 or 12 bankruptcy case that was filed within 4 years prior to the filing of this Chapter 13 Bankruptcy.

3.  __NO__ I have not received a discharge in another Chapter 13 bankruptcy case that was filed within 2 years prior to the filing of this Chapter 13 bankruptcy.

4.  A. __NO__ I did not have either at the time of filing this bankruptcy or at the present time, equity in excess of $125,000 in the type of property described in 11 U.S.C. §522(p)(1) [generally the debtor's homestead]

Page 1 of 4

B. **NO** There is not currently pending any proceeding in which I may be found guilty of a felony of the kind described in 11 U.S.C. §522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. §522(q)(1)(B).

5. COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT PURSUANT TO 11 U.S.C. §1328(g)(1)

   *[Complete one of the following statements]*

   ☐ I, **Yelena Shvartsburg**, the debtor in the above-styled
   (printed name of debtor)
   case hereby certify that on **1/29/16** I completed an instructional
   (date)
   course in personal financial management provided by **001 Debtored, LLC**.
   (Name of Provider)
   by an approved personal financial management instruction provider.

   _____ Official Form 23 was filed previously with the court; OR

   _____ A document attesting to my completion of the personal financial management instruction course is attached.

   ☐ I **N/A**, the debtor in the above-styled
   (printed name of debtor)
   case, hereby certify that no personal financial management course is required because: *[check the appropriate box.]*

   ☐ I am incapacitated or disabled, as defined in 11 U.S.C. § 109(h)(4);

   ☐ I am on active military duty in a military combat zone; or

   ☐ I reside in a district in which the United States Trustee has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

6. CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS PURSUANT TO 11 U.S.C § 1328(a)

*[Complete one of the following statements]*

☐ I, **N/A**, the debtor in the above-styled
(printed name of debtor)

case, hereby certify that I am not currently required, nor at any time during the period of this bankruptcy have I been required, by a judicial or administrative order, or by statute, to pay a domestic support obligation.

☐ I, __N/A_____, the debtor in the above-styled
   (printed name of debtor)

case am required by judicial or administrative order, or by statute, to pay a domestic support obligation as defined in 11 U.S.C. § 101(14A). (This refers to a debt owed to or recoverable by a spouse, former spouse or child of the debtor or such child's parent, legal guardian or responsible relative or a governmental unit in the nature of alimony, maintenance or support.) The name and address of each holder of a domestic support obligation follows:

_____N/A_____  _I DONT HAVE CHILD SUPPORT_
_____
_____
_____
_____
_____

*[check the appropriate box.]*

☐ I hereby certify that all amounts payable under such order or such statute that are due on or before the date of this affidavit (including amounts due before the petition was filed, but only to the extent provided for the by plan) have been paid; or

☐ I have executed, and the court has approved, a written waiver of discharge pursuant to 11 U.S.C § 1328(a).

My current address is: _409 Chapelwood Lane_
_Timonium, MD 21093_

Page 3 of 4

The name and address of my most recent/current employer is:

Self employed
_____
_____

I declare under penalty of perjury that all of the above statements are true and correct to the best of my knowledge, information, and belief, and that the Court may rely on the truth of each statement in determining whether to grant me a discharge in this case. I further understand that the court may revoke my discharge if such order of discharge was procured by fraud.

Signature of Debtor: *[signature]*     Date: 02.19.16

## NOTICE OF OPPORTUNITY TO OBJECT

Any objections to the accuracy of this affidavit must be filed within fourteen (14) days of the date of service of this Affidavit. If no objection is filed, the Court will consider entering a discharge order in this case without further notice or hearing.

## CERTIFICATE OF SERVICE

I hereby certify that this affidavit was served this 19th day of February, 2016 electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or first class mail, postage prepaid to:

Chapter 13 Trustee
All creditors and parties in interest.

Nancy Spencer Grigsby
4201 Mitchellville Road
Suite 401
Bowie, MD 20716

All creditors Attached.

*[signature]* Yelena Shvartsburg

FILED
2016 MAR -3 AM 11:53

Certificate Number: 14912-MD-DE-026873524

Bankruptcy Case Number: 11-11170


14912-MD-DE-026873524

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 29, 2016</u>, at <u>8:52</u> o'clock <u>PM EST</u>, <u>Yelena Shvartsburg</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Maryland</u>.

Date: <u>January 29, 2016</u>

By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 11-11170<br>District of Maryland<br>Baltimore<br>Thu Feb 18 19:30:11 EST 2016 | 9832 York Road, LLC<br>c/o Bryan A. Bishop<br>1400 S. Charles Street<br>Baltimore, MD 21230-4263 | (p)CITI MORTGAGE INC<br>6400 LAS COLINAS BLVD<br>IRVING TX 75039-2900 |
| Federal National Mortgage Association<br>c/o Rosicki, Rosicki & Associates, P.C.<br>51 East Bethpage Road<br>Plainview, NY 11803-4224 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 |
| Midland Funding LLC by American InfoSource L<br>Attn: Department 1<br>PO Box 4457<br>Houston, TX 77210-4457 | TD Auto Finance LLC<br>c/o Jacob C. Zweig<br>1000 Ridgeway Loop Road, Suite 200<br>Memphis, TN 38120-4036 | CitiMortgage, Inc.<br>P.O. Box 688971<br>Des Moines, IA<br>50368-8971 |
| CitiMortgage, Inc.<br>P.O. Box 689196<br>Des Moines, IA<br>50368-9196 | 9832 York Road LLC<br>2328 W Joppa Road<br>Lutherville Timonium, MD 21093-4612 | American General Financial<br>4030 Ebenezer Road<br>Nottingham, MD 21236 |
| GE<br>PO Box 1475<br>Baltimore, MD 21203-1475 | Bryan A. Bishop<br>1400 S. Charles Street<br>Baltimore, MD 21230-4263 | (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Citimortgage<br>PO Box 183040<br>Columbus, OH 43218-3040 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 |
| Deputy County Attorney<br>Baltimore County Office of Law<br>400 Washington Avenue, 2nd Floor<br>Towson, MD 21204-4606 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Federal National Mortgage Association<br>(Fannie Mae) c/o Seterus, Inc.<br>PO Box 1047<br>Hartford CT 06143-1047 |
| Federal National Mortgage Association<br>PO Box 2008<br>Grand Rapids, MI 49501-2008 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Marvin Singer<br>10 East Baltimore Street<br>Suite 901<br>Baltimore, MD 21202-1649 |
| Midland Funding LLC<br>by American InfoSource LP as agent<br>Attn: Department 1<br>PO Box 4457<br>Houston, TX 77210-4457 | NCO Financial Systems Inc<br>1804 Washington Blvd Dept 600<br>Baltimore, MD 21230-1700 | Nordstrom<br>PO Box 79137<br>Phoenix, AZ 85062-9137 |
| Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155-6566 | Sears<br>PO Box 183081<br>Columbus, OH 43218-3081 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |

| | | |
|---|---|---|
| State of Maryland<br>Comptroller of the Treasury<br>Annapolis, MD 21401 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 | Supervisor of Delin. Accts.<br>Rm. 1 Municipal Building<br>Holliday & Lexington Streets<br>Baltimore, MD 21202 |
| Verizon Wireless<br>5175 Emerald Pkwy<br>Dublin, OH 43017-1063 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702-3397 | eCAST Settlement Corporation, assignee<br>of Citibank (South Dakota), N.A.<br>POB 29262<br>New York, NY 10087-9262 |
| Kimberly Curry Baltimore Gas and Electric Co<br>110 West Fayette Street<br>5th Floor<br>Baltimore, MD 21201-3708 | Leon Shvartsburg<br>409 Chapelwood Lane<br>Lutherville Timonium, MD 21093-2815 | Nancy Spencer Grigsby<br>4201 Mitchellville Road<br>Suite 401<br>Bowie, MD 20716-3164 |
| Yelena Shvartsburg<br>409 Chapelwood Lane<br>Lutherville Timonium, MD 21093-2815 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Citi Mortgage, Inc.<br>1400 Las Colinas Blvd<br>Irving, Tx 75039 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>ST CLOUD, MN 56302-9617 | Chrysler Financial<br>PO Box 9001921<br>Louisville, KY 40290-1921 |
| Citibank<br>PO Box 183071<br>Columbus, OH 43218 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 | (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD MN 56302 |
| Springleaf Financial Services<br>P.O. Box 971<br>Evansville IN 47706-0971 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CitiMortgage, Inc. | (u)Federal National Mortgage Association (" | (d)Citimortgage Inc<br>PO Box 183040<br>Columbus, OH 43218-3040 |

```
(d)LVNV Funding LLC                  (d)TD Auto Finance LLC              (u)Verizon
c/o Resurgent Capital Services       c/o Jacob C. Zweig                  INVALID ADDRESS PROVIDED
PO Box 10587                         1000 Ridgeway Loop Rd, Suite 200
Greenville, SC 29603-0587            Memphis, TN 38120-4036


End of Label Matrix
Mailable recipients    39
Bypassed recipients     6
Total                  45
```