Entered: November 14th, 2016
Signed: November 14th, 2016

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore**

In re:   Case No.: 11–11170 – DER   Chapter: 13

**Leon Shvartsburg**              **Yelena Shvartsburg**
Debtor.

**ORDER REOPENING CASE
DIRECTING APPOINTMENT OF TRUSTEE**

Upon consideration of the motion to reopen the above–captioned case pursuant to 11 U.S.C. § 350(b) and Federal Bankruptcy Rule 5010 filed by the debtor, cause appearing, and it appearing to the Court that a trustee is necessary to protect the interests of creditors and the Debtor and to assure efficient administration of the case, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted, and the Clerk shall reopen the case; and it is further

ORDERED, that a trustee be appointed.

cc:   Debtor
      Attorney for Debtor – Kim D. Parker
      Case Trustee – Nancy Spencer Grigsby

**End of Order**

31x03 (rev. 10/02/1997) – azalis